UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAULA VAZQUEZ, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | CIVIL ACTION <br><br> No. 09-2609 |

## ORDER

**AND NOW**, this 5th day of August, 2010, for the reasons stated in the accompanying opinion, it is hereby **ORDERED** that defendant's Motion for Summary Judgment (Doc. No. 20) be **DENIED.**

BY THE COURT:

/s/Louis H. Pollak
Pollak, J.